*Messrs. William W. Barron, Fred E. Strine, George F. Kneip,* and *W. Marvin Smith* for the United States. Reported below: 110 F. 2d 460.

No. 902.   MORPHY, RECEIVER, ET AL. *v.* GRAND INTERNATIONAL BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.   May 20, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edwin W. Lawrence, Hersey Egginton,* and *George L. Shearer* for petitioners. *Messrs. Harold C. Heiss, William R. McFeeters,* and *Harold N. McLaughlin* for respondents.

No. 903.   MORPHY, RECEIVER, ET AL. *v.* BURKE.   May 20, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edwin W. Lawrence, Hersey Egginton,* and *George L. Shearer* for petitioners. *Messrs. Harold C. Heiss, William R. McFeeters,* and *Harold N. McLaughlin* for respondent.

No. 909.   BEARD *v.* SANFORD, WARDEN.   May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James J. Laughlin* and *Ellis Klein* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip,* and *W. Marvin Smith* for respondent.

No. 933.   JEFFERSON STANDARD LIFE INSURANCE CO. *v.* DELONG.   May 20, 1940.   Petition for writ of cer-